**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-018160-B00
Douglas McDonough, Esq.
Attorney for ABS REO Trust VI, Secured Creditor

In Re:

**Timothy Bradshaw**

**Debtor.**

Case No.:  __19-14272-JKS__

Chapter  __13__

Hearing Date:  _____

Judge: __John K. Sherwood_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☑ Withdrawn

Matter:  __The Proof of Claim filed on 5/10/19, Claim # 6, is being withdrawn. It was filed in error.____

Date:  __5/20/2019_____          ___/s/ Douglas McDonough_____
                                                                                      Signature

*Rev.8/1/15*

## UNITES STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

FRENKEL, LAMBERT, WEISS, WEISMAN &
GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-018160-B00
Douglas McDonough, Esq.
Attorney for ABS REO Trust VI, Secured Creditor

Case No.: **19-14272-JKS**

Chapter 13

Judge John K. Sherwood

In Re:

**Timothy Bradshaw,**

                      **Debtor.**

## CERTIFICATION OF SERVICE

1.      I, Dorion Williams, am a clerk for FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP, who represents ABS REO TRUST VI in this matter.

2.      On May 20, 2019, I sent a copy of the following pleadings and/or documents to the
parties listed in the chart below:

        a.   Status Change Form; POC Withdrawn.

3.      I certify under penalty of perjury that the above documents were sent using the mode of
service indicated.

Dated: May 20, 2019                          /s/ ***Dorion Williams***_____
                                                Dorion Williams

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | **TRUSTEE** | Notice of electronic Filing (NEF) |
| Russell L. Low, Low & Low<br>505 Main Street, Suite 304<br>Hackensack, NJ 07601 | **DEBTOR'S ATTORNEY** | Notice of electronic Filing (NEF) |
| Timothy Bradshaw<br>945 Lewis Ave<br>Plainfield, NJ 07063 | **DEBTOR** | Regular mail |