RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
### Chapter 13 Case # 19-14272

| Re: | TIMOTHY BRADSHAW | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 945 LEWIS AVE | | LOW & LOW ESQS |
| | PLAINFIELD, NJ  07063 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ  07601 |

### RECEIPTS AS OF 01/15/2020          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/17/2019 | $3,591.28 | 6770102418 | 07/18/2019 | $1,795.64 | 6770102326 |
| 08/07/2019 | $1,795.64 | 6078905000 | 09/04/2019 | $1,795.64 | 6770102376 |
| 10/01/2019 | $1,795.64 | 6215630000 | 11/07/2019 | $1,795.64 | 6316728000 |
| 12/10/2019 | $1,795.64 | 6386321000 | 12/30/2019 | $1,795.64 | 6437864000 |

**Total Receipts: $16,160.76  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,160.76**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABS REO TRUST VI | | | | | | |
| | 08/19/2019 | $508.73 | 831,081 | 09/16/2019 | $933.84 | 833,121 |
| | 10/21/2019 | $3,471.39 | 835,109 | 11/18/2019 | $1,702.27 | 837,204 |
| | 12/16/2019 | $1,702.27 | 839,125 | 01/13/2020 | $1,702.27 | 841,004 |
| US BANK CUST FOR TOWER DBW VI TRUST 2016-1 | | | | | | |
| | 08/19/2019 | $912.71 | 830,996 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 687.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 5,333.90 | 100.00% | 0.00 | 5,333.90 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,320.36 | 100.00% | 0.00 | 1,320.36 |
| 0003 | BUREAU OF ACCOUNT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | ABS REO TRUST VI | MTGS PD IN FULL | 31,708.69 | 100.00% | 10,020.77 | 21,687.92 |
| 0005 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL 1 BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITY OF PLAINFILED COLLECTOR OF TA | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | MAIN STREET ACQUISITION CORP | UNSECURED | 1,746.61 | 100.00% | 0.00 | 1,746.61 |
| 0011 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | US BANK CUST FOR TOWER DBW VI TRU | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $14,458.49**
See Summary

**Chapter 13 Case # 19-14272**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $16,160.76    -    Paid to Claims: $10,020.77    -    Admin Costs Paid: $4,437.72    =    Funds on Hand: $1,702.27

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.