**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

TIMOTHY BRADSHAW,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-14272 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:            CITY OF PLAINFILED COLLECTOR OF TAXES
Trustee Claim #:      7
Court Claim #
Claimed Amount:   $16,999.00
Date Claim Filed:   **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated:  April 17, 2020

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

TIMOTHY BRADSHAW
945 LEWIS AVE
PLAINFIELD, NJ    07063

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

CITY OF PLAINFILED COLLECTOR OF TAXES
515 WATCHUNG AVENUE
PLAINFIELD, NJ    07061