RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  TIMOTHY BRADSHAW
945 LEWIS AVE
PLAINFIELD,  NJ  07063

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-14272

## RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/17/2019 | $3,591.28 | 6770102418 | 07/18/2019 | $1,795.64 | 6770102326 |
| 08/07/2019 | $1,795.64 | 6078905000 | 09/04/2019 | $1,795.64 | 6770102376 |
| 10/01/2019 | $1,795.64 | 6215630000 | 11/07/2019 | $1,795.64 | 6316728000 |
| 12/10/2019 | $1,795.64 | 6386321000 | 12/30/2019 | $1,795.64 | 6437864000 |
| 01/21/2020 | $1,795.64 | 6491371000 | 02/06/2020 | $1,795.64 | 6541502000 |
| 03/02/2020 | $1,795.64 | 6604159000 | 03/30/2020 | $1,795.64 | 6672833000 |
| 05/01/2020 | $1,795.64 | 6751418000 | 06/02/2020 | $1,795.64 | 6834121000 |
| 07/01/2020 | $1,795.64 | 6904547000 | 08/03/2020 | $1,795.64 | 6987339000 |
| 09/02/2020 | $1,795.64 | 7055975000 | 10/05/2020 | $1,795.64 | 7133968000 |
| 11/02/2020 | $1,795.64 | 7206001000 | 12/01/2020 | $1,795.64 | 7270774000 |
| 01/04/2021 | $1,795.64 | 7354635000 | | | |

**Total Receipts: $39,504.08  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $39,504.08**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABS REO TRUST VI | | | | | | |
| | 08/19/2019 | $508.73 | 831,081 | 09/16/2019 | $933.84 | 833,121 |
| | 10/21/2019 | $3,471.39 | 835,109 | 11/18/2019 | $1,702.27 | 837,204 |
| | 12/16/2019 | $1,702.27 | 839,125 | 01/13/2020 | $1,702.27 | 841,004 |
| | 02/10/2020 | $1,702.27 | 842,871 | 03/16/2020 | $3,404.54 | 844,752 |
| | 04/20/2020 | $840.54 | 846,697 | 05/18/2020 | $840.54 | 848,631 |
| | 06/15/2020 | $3,339.54 | 850,306 | 07/20/2020 | $1,660.97 | 852,083 |
| | 08/17/2020 | $1,660.97 | 853,952 | 09/21/2020 | $1,660.97 | 855,739 |
| ALLY FINANCIAL | | | | | | |
| | 01/11/2021 | $42.10 | 863,186 | | | |
| AMERICAN EXPRESS BANK | | | | | | |
| | 01/11/2021 | $10.42 | 8,002,017 | | | |
| MAIN STREET ACQUISITION CORP | | | | | | |
| | 01/11/2021 | $13.78 | 8,002,046 | | | |
| US BANK CUST FOR TOWER DBW VI TRUST 2016-1 | | | | | | |
| | 08/19/2019 | $912.71 | 830,996 | | | |

Chapter 13 Case # 19-14272

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NATIONAL ASSOC | | | | | | | |
| | 10/19/2020 | $1,660.97 | 857,232 | | 11/16/2020 | $1,660.97 | 859,042 |
| | 12/21/2020 | $1,660.97 | 860,800 | | 01/11/2021 | $1,594.67 | 862,712 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,318.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 5,333.90 | 100.00% | 42.10 | 5,291.80 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,320.36 | 100.00% | 10.42 | 1,309.94 |
| 0003 | BUREAU OF ACCOUNT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | US BANK TRUST NATIONAL ASSOC | MTGS PD IN FULL | 31,708.69 | 100.00% | 31,708.69 | 0.00 |
| 0005 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL 1 BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITY OF PLAINFILED COLLECTOR OF TAX | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | MAIN STREET ACQUISITION CORP | UNSECURED | 1,746.61 | 100.00% | 13.78 | 1,732.83 |
| 0011 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | US BANK CUST FOR TOWER DBW VI TRU | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $37,843.11**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $39,504.08    -    Paid to Claims: $31,774.99    -    Admin Costs Paid: $6,068.12    =    Funds on Hand: $1,660.97

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.