**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Timothy Bradshaw | Social Security number or ITIN   xxx–xx–4155 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14272–JKS | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Bradshaw

9/14/21                                       **By the court:** <u>John K. Sherwood</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Timothy Bradshaw  
    Debtor

Case No. 19-14272-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 14, 2021     Form ID: 3180W     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Bradshaw, 945 Lewis Ave, Plainfield, NJ 07063-1543 |
| cr | + | US BANK CUST TOWER DBW VI TRUST 20161, Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518240200 | | ABS REO Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT, 84165-0250 |
| 518059167 | + | BUREAU OF ACCOUNT MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 538, HOWELL, NJ 07731-0538 |
| 518059165 | + | Bank of America, PO Box 31690, Tampa, FL 33631-3690 |
| 518059170 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE & WEINER, ATTN: BANKRUPTCY, PO BOX 5010, WOODLAND HILLS, CA 91365 |
| 518059172 | + | City of Plainfiled Collector of Taxes, 515 Watchung Avenue, Plainfield, NJ 07060-1720 |
| 518059173 | + | Frenkel, Lambert, Weiss Weisman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 518059174 | + | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 518059175 | + | Main Street Acquisition, Attn: Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Belmar, NJ 07719-9020 |
| 518059176 | + | REMEX INC, ATTN: BANKRUPTCY, 307 WALL ST., PRINCETON, NJ 08540-1515 |
| 518059166 | | Rosalyn Denise Bradshaw, 943-45 Lewis Avenue, Plainfield, NJ 07063 |
| 518059177 | + | US Bank Cust Tower DBWVI Trust 20161, 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518978561 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518978562 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA SN Servicing Corporation 95501-0305 |
| 518165122 | | US Bank as Cust for Tower DBW VI Trust 2016-1, PO Box 645040, Cincinnati OH 45264-5040 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518059163 | + | EDI: GMACFS.COM | Sep 15 2021 00:58:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518059164 | + | EDI: AMEREXPR.COM | Sep 15 2021 00:58:00 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518142276 | | EDI: GMACFS.COM | Sep 15 2021 00:58:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518158830 | | EDI: BECKLEE.COM | Sep 15 2021 00:58:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518059171 | + | EDI: CAPITALONE.COM | Sep 15 2021 00:58:00 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518187964 | | EDI: BL-CREDIGY.COM | Sep 15 2021 00:58:00 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 8

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 24 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518059168 | *+ | BUREAU OF ACCOUNT MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 538, HOWELL, NJ 07731-0538 |
| 518059169 | *+ | BUREAU OF ACCOUNT MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 538, HOWELL, NJ 07731-0538 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021                     Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor ABS REO Trust VI bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Deborah T. Feldstein | on behalf of Creditor US BANK CUST TOWER DBW VI TRUST 20161 dfeldstein@caplaw.net |
| Douglas J. McDonough | on behalf of Creditor ABS REO Trust VI DMcDonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Timothy Bradshaw ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6